THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM BYERS, Also Known as WILLIAM SNYDER, Appellant.

Submitted May 31, 1955; decided June 2, 1955.

*J. Michael Solomon, Ralph W. Kerbs* and *Darwin W. Telesford* for motion.

*Frank S. Hogan, District Attorney,* for the People of the State of New York.

Motion granted and case set down for argument during the October, 1955, session of the Court of Appeals.